UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL LURK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19 CV 230 ACL ) ) |
| THE AMERICAN RED CROSS, | ) ) |
| Defendant. | ) ) |

# **ORDER**

On June 23, 2021, Plaintiff and Defendants, by and through counsel, filed a Notice of Voluntary Dismsisal (Doc. 43), in which they advised the Court that the case against Defendant American Red Cross is hereby dismissed with prejudice. Each party shall bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice,** each party to bear their own costs.

Dated this 23rd day of June, 2021.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE